# EXHIBIT A

**Matt Feinberg**

| | |
|---|---|
| **From:** | RRF_Change_of_Portal_User_Requests <RRF_Change_of_Portal_User_Requests@sba.gov> |
| **Sent:** | Tuesday, August 4, 2026 6:35 PM |
| **To:** | Scott W. Stemetzki; RRF_Change_of_Portal_User_Requests |
| **Cc:** | Matt Feinberg; Lauren Aguilar; Spencer B. Banwart |
| **Subject:** | [EXTERNAL EMAIL] RE: Twin Valley Coffee LLC; Restaurant Revitalization Fund Grant No. [redacted] - Treasury Division Appeal |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

This award was selected for an audit, and during review, was found to be ineligible.

The award calculation was calculated using the gross receipts reported in the Restaurant Revitalization application, which did not match the gross receipts reported on the 2019/2020 tax return. The 2019 revenue was reported as $770,815.29 and the 2020 revenue reported as $163,640.92. The 2019 tax returns show revenue of $1,099,260 and the 2020 tax returns show revenue of $1,442,664. This adjustment in the calculation resulted in a negative award amount and the funds must be returned.

There are no documents that can change this decision. However, the Agency has opted to allow a one-time request for reconsideration when Awardees believe they have additional information that might change our decision. This can be requested at RRFAwardRecoveryReconsiderations@sba.gov

Thank you.

**From:** Scott W. Stemetzki <SStemetzki@pilieromazza.com>
**Sent:** Saturday, August 1, 2026 4:31 PM
**To:** RRF_Change_of_Portal_User_Requests <RRF_Change_of_Portal_User_Requests@sba.gov>
**Cc:** Matt Feinberg <mfeinberg@pilieromazza.com>; Lauren Aguilar <laguilar@pilieromazza.com>; Spencer B. Banwart <SBanwart@pilieromazza.com>
**Subject:** Twin Valley Coffee LLC; Restaurant Revitalization Fund Grant No. [redacted] - Treasury Division Appeal

CAUTION [External] - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Report suspicious emails using the "Report Message" option in Outlook".

To Whom It May Concern:

PilieroMazza PLLC represents Twin Valley Coffee LLC (TWC) relative to its Restaurant Revitalization Grant No. [redacted]. TWC believes that all of the purported debt which SBA attempts to collect is not delinquent and cannot legally be collected. Accordingly, TWC invokes its rights under the due process letter issued to it on June 2, 2026 and submits to SBA's Treasury Division the attached appeal for review and consideration.

Pending resolution of this appeal, SBA may not refer this matter to the U.S. Treasury Department. Please confirm receipt of this appeal and that the debt will not be referred to the U.S. Treasury Department pending resolution.

Thank you,

Scott Stemetzki
*Attorney for Twin Valley Coffee LLC*

**Scott Stemetzki**
**Associate**

PILIERO MAZZA

**1001 G Street, NW**
**Suite 1100**
**Washington, DC 20001**
**sstemetzki@pilieromazza.com**
**D: 202.655.4179**
**O: 202.857.1000**
**F: 202.857.0200**

---

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or retransmit this communication. If you have received this communication in error, please notify us by e-mail (pmpllc@pilieromazza.com) or by telephone (call us collect at 202-857-1000) and delete this message and any attachments. In addition, this email address is not for receiving Controlled Unclassified Information (CUI). If you need to send information to us that is labeled as CUI, please let us know and we will provide an alternative means of transmission. Thank you in advance for your cooperation and assistance.

---