# EXHIBIT B

**Matt Feinberg**

**From:** RRFAwardRecoveryReconsiderations <RRFAwardRecoveryReconsiderations@sba.gov>
**Sent:** Friday, September 25, 2026 12:28 PM
**To:** Scott W. Stemetzki; RRFAwardRecoveryReconsiderations
**Cc:** Matt Feinberg; Spencer B. Banwart; Lauren Aguilar; Kane Smith
**Subject:** [EXTERNAL EMAIL] RE: Request for Reconsideration of Twin Valley Coffee LLC's RRF Grant No. [redacted]

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We are in receipt of your reconsideration request. After review we find no new evidence to reconsider that would change the outcome of our decision. The SBA cannot reverse its original decision.

Confirmation ID # [redacted]

---

**From:** Scott W. Stemetzki <SStemetzki@pilieromazza.com>
**Sent:** Tuesday, September 8, 2026 9:22 PM
**To:** RRFAwardRecoveryReconsiderations <RRFAwardRecoveryReconsiderations@sba.gov>
**Cc:** Matt Feinberg <mfeinberg@pilieromazza.com>; Spencer B. Banwart <SBanwart@pilieromazza.com>; Lauren Aguilar <laguilar@pilieromazza.com>; Kane Smith <ksmith@pilieromazza.com>
**Subject:** Request for Reconsideration of Twin Valley Coffee LLC's RRF Grant No. [redacted]

CAUTION [External] - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Report suspicious emails using the "Report Message" option in Outlook".

To Whom It May Concern:

PilieroMazza PLLC represents Twin Valley Coffee LLC (TVC) in connection with Restaurant Revitalization Fund Grant No. [redacted]. On August 1, 2026, TVC appealed SBA's notice of its intent to refer TVC's alleged debt to the Treasury for collection. In response, SBA stated that "the Agency has opted to allow a one-time request for reconsideration when Awardees believe they have additional information that might change our decision." Pursuant to that authorization, TVC submits this supplemental request for reconsideration.

This supplemental request addresses new grounds for repayment that SBA identified for the first time in its response to TVC's initial request for reconsideration. Because these newly asserted reasons and requirements were not previously raised, TVC has not had an opportunity to present evidence or argument addressing them.

Pending resolution of this supplemental request for reconsideration, SBA must refrain from referring this matter to the U.S. Department of the Treasury. Please confirm receipt of this submission and that no referral will be made while the reconsideration request remains under review.

Regards,

Scott Stemetzki

*Attorney for Twin Valley Coffee LLC*

**Scott Stemetzki**
**Associate**

PILIERO MAZZA

**1001 G Street, NW**
**Suite 1100**
**Washington, DC 20001**
**sstemetzki@pilieromazza.com**
**D: 202.655.4179**
**O: 202.857.1000**
**F: 202.857.0200**

---

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or retransmit this communication. If you have received this communication in error, please notify us by e-mail (pmpllc@pilieromazza.com) or by telephone (call us collect at 202-857-1000) and delete this message and any attachments. In addition, this email address is not for receiving Controlled Unclassified Information (CUI). If you need to send information to us that is labeled as CUI, please let us know and we will provide an alternative means of transmission. Thank you in advance for your cooperation and assistance.

---